# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

DEONDRE E. SMITH,

    Petitioner,

- vs -

JUDGE KIMBERLY COCROFT, et al.,

    Respondents.

Case No. 2:24-cv-3215

District Judge James L. Graham
Magistrate Judge Michael R. Merz

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Chelsey M. Vascura (ECF No. 6), to whom this case was previously referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) is DENIED and Petitioner is ordered to pay the full filing fee of $5.00 within thirty (30) days. Petitioner is reminded that his failure to pay the full filing fee within thirty days will result in the dismissal of this action.

July 17, 2024

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge